*William Morris*
*vs* } Replication
*Ezra Baldwin*

  And the Said William Morris by Cha^s Larned his attorney as to the plea of the Said Ezra Baldwin by him above pleaded Saith that by reason of any thing by the said Ezra Baldwin in that plea above alledged ought not to be barred from having & maintaining his aforesaid action thereof against him the Said Ezra Baldwin for the taking and detention of the Said goods and chattells; Because he saith that the property of the Said goods & chattells at the time when &c was in him the Said William Morris towit at the county aforesaid & within the the jurisdiction aforesaid and this he the said W^m Morris prays may be enquired of by the country      By CHA^S LARNED   his Atty

and the def^t likewise

[In the handwriting of Charles Larned]

1823        153
Sup Court

*W^m Morris*
*vs*
*Ezra Baldwin*

Filed in open Court 2nd October 1824
   JER. V. R. TEN EYCK Dep^y Clerk

*Morris*
*vs* } We the Jurors in this Case find that the defendant is guilty as aledged by the Plaintiffs declaration therefore find a verdict for the Plaintiff.   Jury Room 2nd Oc^t 1824
*Baldwin*          JOHN HOWARD   foreman